■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v THOMAS COMACHO, Respondent.—Appeal by the People from an order of the Supreme Court, Kings County, entered June 14, 1974, which, after a hearing, granted defendant's motion to suppress evidence. Case remanded to Criminal Term for compliance by the Hearing Judge with the provisions of CPL 710.60 (subd. 6). Appeal held in abeyance in the interim. Rabin, Acting P. J., Hopkins, Martuscello, Christ and Brennan, JJ., concur.